## Commonwealth ex rel. Rothrock, Appellant, v. Russell.

Submitted March 20, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*James S. Rothrock,* appellant, in propria persona.

*Wilson Bucher,* Assistant District Attorney, and *Alfred C. Alspach,* District Attorney, for appellee.

OPINION PER CURIAM, April 13, 1961:

The order of the court below is affirmed on the opinion of President Judge WISSLER of the Court of Common Pleas of Lancaster County, as reported in 23 Pa. D. & C. 2d 637. See, also, *Com. ex rel. Diggs v. Banmiller,* 191 Pa. Superior Ct. 101, 105, 155 A. 2d 402; *Com. v. Jackson,* 193 Pa. Superior Ct. 631, 635, 165 A. 2d 392.